

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | )   No. CR-04-5091-AWI |
| vs. | )   ORDER OF RELEASE |
| JUAN MIGUEL GARCIA, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on MAY 14, 2007 to WESTCARE,

IT IS HEREBY ORDERED that the defendant shall be released to Westcare on May 15 at 10:00 a.m.  A certified Judgment and Commitment order to follow.


DATED:  5-19-07

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1